UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

PAG COMPANY, LLC, a Texas
Limited Liability Corporation,
       Plaintiff,

CASE NO. _____

v.

ROY ANTONIO GHOLSTON, a/k/a
ROY LAWES HUDSON,
       Defendant.
_____/

## **COMPLAINT FOR THE CONVERSION OF PROPERTY**

Plaintiff, PAG COMPANY, LLC., a Texas Limited Liability Company ("PAG"), by through its undersigned counsel, sues Defendant, ROY ANTONIO GHOLSTON, a/k/a ROY LAWES HUDSON, ("GHOLSTON") and alleges as follows:

### **The Parties to this Compliant**

1. Plaintiff, PAG, is a Texas Limited Liability Company with its principal place of business located at 4301 Walnut Grove Road, Cookeville, Tennessee. Both members of PAG are citizens of Tennessee.

2. Defendant, GHOLSTON, is an individual and a citizen of the State of Florida, residing at 215 S.E. 8th Ave, PH 2, Fort Lauderdale, Florida.

3. This is an action to recover the sum of $100,000.00 converted by GHOLSTON.

### **Jurisdiction and Venue**

4. This is an action between parties of diverse citizenship, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §1332 (a) (1).

1

5. This Court has personal jurisdiction over GHOLSTON because he is a citizen of Florida.

6. Venue lies in the Southern District of Florida pursuant to 28 U.S.C. § 1391(b)(1) because GHOLSTON resides within the district.

**Statement of Claim**

7. On or about October 4, 2024, PAG caused $100,000.00 (the "Funds") to be transferred to New River, SA, an entity controlled by GHOLSTON, for the delivery to Edward Perez, in connection with a business venture between the parties.

8. Rather than delivering the funds to Edward Perez, GHOLSTON converted the funds to his own use and has refused to deliver the funds or return the funds to PAG, despite repeated requests.

9. Despite repeated demands for the return of the funds, GHOLSTON has refused to respond to such demands or returns the funds.

10. PAG has been damaged due to GHOLSTON's improper conduct.

**WHEREFORE**, Plaintiff, PAG respectfully requests that this Court enter judgment in its favor and against GHOLSTON for $100,000.00 together with costs.

    Respectfully submitted,

    NASON YEAGER GERSON
    HARRIS & FUMERO, P.A.
    3001 PGA Blvd., Suite 305
    Palm Beach Gardens, Florida 33410
    Phone: 561-686-3307
    Email:  gwoodfield@nasonyeager.com
           yacosta@nasonyeager.com
           lmcgowen@nasonyeager.com

    By: **/s/*Gary A. Woodfield***
        Gary A. Woodfield, Esq.
        Florida Bar No. 0563102