UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cv-60521-MIDDLEBROOKS

PAG COMPANY, LLC.,
a Texas Limited Liability Corporation,

    Plaintiff,

v.

ROY ANTONIO GHOLSTON, a/k/a
ROY LAWES HUDSON,

    Defendant.
_____/

## FINAL JUDGMENT AND ORDER CLOSING CASE

THIS CAUSE comes before the Court upon the Court's Order Granting Motion for Final Default Judgment. (DE 13). Consistent with that Order and pursuant to Federal Rule of Civil Procedure 58, final judgment is entered as set forth below.

It is hereby **ORDERED AND ADJUDGED** that

1) Final Judgment is **ENTERED** in favor of Plaintiff PAG Company, LLC against Defendant Roy Antonio Gholston in the amount of $100,000.

2) Interest shall accrue of this judgment pursuant to 28 U.S.C. § 1961.

3) All other pending motions are **DENIED AS MOOT.**

4) The Clerk of Court is directed to **CLOSE THIS CASE.**

**SIGNED** in Chambers at West Palm Beach, Florida this 23rd day of May, 2025.

                                                          Donald M. Middlebrooks
                                                          United States District Judge

Copies to:   Counsel of Record
Roy Antonio Gholston, Pro Se
251 SE 8th Ave., PH2
Ft. Lauderdale, FL 33301